UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 17-28-DLB-HAI
CIVIL ACTION NO. 19-155-DLB-HAI

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.            **ORDER ADOPTING REPORT AND RECOMMENDATION**

ISERAL JORDAN GRAYSON                                          DEFENDANT

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the December 20, 2019 Report and Recommendation ("R&R") of United States Magistrate Judge Hanly A. Ingram (Doc. # 36), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docs. # 35) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)    The Magistrate Judge's Report and Recommendation ("R&R") (Doc. # 36) is hereby **adopted** as the findings of fact and conclusions of law of the Court;

(2)    The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docs. # 35) is hereby **denied**;

1

(3) For the reasons set forth in the Magistrate Judge's R&R (Doc. # 36), the court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4) A separate Judgment will be filed concurrently herewith.

This 2nd day of February, 2020.



Signed By:
*David L. Bunning*
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2017\17-28 Order Adopting R&R 2255.docx